

**NUMBER 13-12-00560-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**JOSE A. GARCIA,** **Appellant,**

**v.**

**PATRICIA SUAREZ AND GONZALO GARCIA,** **Appellees.**

---

**On Appeal from the 404th District Court
of Cameron County, Texas.**

---

**MEMORANDUM OPINION**

**Before Justices Rodriguez, Benavides, and Perkes
Memorandum Opinion Per Curiam**

Appellant, Jose A. Garcia, appealed a judgment entered by the 404th District Court of Cameron County, Texas. On October 21, 2014, this Court issued an order for appellant to pay the $175.00 filing fee no later than 30 days from the date of the order, or the Court will dismiss the appeal. *See* TEX. R. APP. P. 5, 42.3(c). Appellant has not paid the $175.00 filing fee. *See id.* 12.1(b).

The Court, having considered the documents on file and appellant's failure to pay the filing fee, is of the opinion that the appeal should be dismissed. *See id.* 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution. Any pending motions are dismissed as moot.

PER CURIAM

Delivered and filed the 25th
day of November, 2014.